# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:                                                        Case No.:08−35046
Elizabeth Elaine Bradshaw and
Rodney Wayne Bradshaw

                             Debtor(s)                         Chapter: 13

S.S.#:xxx−xx−2145xxx−xx−8712

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered . The Court's Order Dismissing is available electronically or may be a docketing event only.

Order Granting Motion To Dismiss Case for Failure to Comply with Local Rule 6070−1(e) (Related Doc # [49])so ORDERED by /s/ Judge Lloyd. NOTICE: If no PDF document is attached to this entry, the Notice of Electronic Filing is the Official ORDER for this entry. CASE DISMISSED. Entered on 9/10/2010. (Kajatin, J).

Note: If this case was dismissed for failure to pay Court's filing fee, no further applications by the debtor(s) to pay filing fee in installments will be considered by the Court.

Dated: 9/10/10

By: jk                                              FOR THE COURT
Deputy Clerk                          Diane S. Robl
                                                  Clerk, U.S. Bankruptcy Court